**SEALED FILED**
OCT 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST:<br><br>(1) VICTOR MANUEL TORRES<br>(2) FERNANDO QUINTERO<br>(3) ALFONSO MINJARES ESTRADA | CASE NO. ~~11-CR-052~~ LJO<br><br>**SEALING ORDER**<br><br>**UNDER SEAL** 1:11 MJ 00227 BAM |

IT IS HEREBY ORDERED THAT the Affidavit of Special Agent Christopher Mulligan (Attachment A) accompanying the Complaint in this matter, this Sealing Application, and the Sealing Order be SEALED, shall be SEALED in the interest of justice, because said attachment contains sensitive information from sealed wiretaps, and for the safety of the confidential informant(s) in this matter.

Dated: October 28, 2011

_____
HON. BARBARA A. MCAULIFFE
U.S. District Judge

2