HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALFONSO ESTRADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALFONSO ESTRADA,<br><br>        Defendant | Case No. 1:11-cr-411 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, ALFONSO ESTRADA, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On April 8, 2013, this Court sentenced Mr. Estrada to a total term of 118 months imprisonment;

3.     His total offense level was 31, his criminal history category was V, and the resulting guideline range was 168 to 210 months.  He received a reduction from the low-end of the range and the statutory mandatory minimum on the government's motion;

4. The sentencing range applicable to Mr. Estrada was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Estrada's total offense level has been reduced from 31 to 29, and his amended guideline range is 140 to 175 months.  A reduction comparable to the one he received originally produces a term of 98 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Estrada's term of imprisonment to a total term of 98 months.

Respectfully submitted,

Dated:  April 27, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/  Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   April 27, 2016

HEATHER E. WILLIAMS
Federal Defender


 /s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
ALFONSO ESTRADA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Estrada is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 140 to 175 months.  A reduction comparable to the one he received originally produces a term of 98 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a total term of 98 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an order and an AO 247 form reflecting the above reduction in sentence, and shall serve certified copies on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Estrada shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **April 28, 2016**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE